Priority  \_\_\_\_
Send      \_\_\_\_
Enter     \_\_\_\_
Closed    \_\_\_\_
JS-5/JS-6   ✓
JS-2/JS-3 \_\_\_\_
Scan Only \_\_\_\_

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAGROW TELECOM TECH CO., LTD., a Chinese company,<br><br>Plaintiff,<br><br>vs.<br><br>GENTEC ENTERPRISES, INC., a California corporation,<br><br>Defendant. | CASE NO. 2:13-CV-08799-RGK(SSx)<br><br>[PROPOSED] ORDER GRANTING DISMISSAL |
| AND RELATED COUNTERCLAIM | |

Having considered the Parties' Stipulation of Dismissal:

Good Cause Appearing, IT IS HEREBY ORDERED:

1.  The above-captioned complaint and counterclaim, including all causes of action alleged therein, are hereby dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), provided that, the United States Federal District Court for the Central District of California retains jurisdiction over this matter for the purpose of enforcing the terms of the settlement agreement ("the Agreement"); and

2.  Any dispute or claim arising out of, or relating to, this Agreement shall



be settled exclusively by litigation in the United States District Court for the Central District of California, and the Parties consent to the jurisdiction and venue of such court. Such court may issue injunctive relief for the purpose of enforcing the terms of this Agreement. The results thereof shall be binding upon the Parties; and

3. Each of the Parties agrees that it shall bear its own costs and attorney's fees associated with this matter.

DATED: November 19, 2014

_____
UNTED STATES DISTRICT JUDGE